**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

    AMANDA VROBEL,                            CASE NO.:   3:19-bk-00568

           Debtor(s).

_____

## CHAPTER 13 PLAN

**A.**    **NOTICES.**

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | Included ■ | Not Included ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | Included ☐ | Not Included ■ |
| Nonstandard provisions, set out in Section E. | Included ■ | Not Included ☐ |

**B.**    **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of **60** months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

    $2,295.26 from month one (1) through sixty (60).

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**C.     PROPOSED DISTRIBUTIONS.**

   **1.     ADMINISTRATIVE ATTORNEY'S FEES.**

   **Base Fee $3500.00 Total Paid Prepetition $500.00 Balance Due $3000.00**

   **MMM Fee $_____ Total Paid Prepetition $_____ Balance Due $_____**

   **Estimated Monitoring Fee at $ 25.00 per Month for months one (1) through sixty (60).**

   **Attorney's Fees Payable Through Plan at $325.00 Monthly for months one (1) through ten (10) and $250.00 for month eleven (11) (subject to adjustment).**

   **2.     DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A).**

| Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| N/A | | |
| | | |

   **3.     PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| N/A | | |
| | | |

   **4.     TRUSTEE FEES.** From each payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

   **5.     SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

**(a)     Claims Secured by Debtor's Principal Residence Which Debtor Intends to Retain - Mortgage, HOA and Condo Association Payments, and Arrears, if any, Paid Through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage on Debtor's principal residence, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments for Debtor's principal residence on the following mortgage claims:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**(b)     Claims Secured by Other Real Property Which Debtor Intends to Retain - Mortgage Payments, HOA and Condo Association Payments, and Arrears, if any, Paid Through the Plan.** If the Plan provides to cure prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**(c)     Claims Secured by Real Property - Debtor Intends to Seek Mortgage Modification.** If Debtor obtains a modification of the mortgage, the modified payments shall be paid through the Plan. Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|
| 9269 | Bayview Loan Servicing | 2846 Circle Ridge Drive Orange Park, FL 32065 | $1,690.76 |
|  |  |  |  |

**(d)     Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** The secured portion of the claim, estimated below, shall be paid. Unless otherwise stated in Section E, the payment through the Plan does not include payments for escrowed property taxes or insurance.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| 7022 | Jax Postal & Prof Cr U | 2013 Dodge Durango | $15,988.38 | $9,000.00 | $24.96(1-10) $99.96(11) $198.29(12) $198.32(13-60) | 4.5% |
|  |  |  |  |  |  |  |

**(e)     Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under § 506 to determine secured status and to strip a lien.

| Last Four Digits of Acct. | Creditor | Collateral Description / |
|---|---|---|

| No. | | Address |
|---|---|---|
| N/A | | |
| | | |

**(f)  Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| Unknown | Big Lots | Mattress | $1,756.00 | $0.00(1-11) $39.89(12) $40.09(13-60) | 4.5% |
| | | | | | |

**(g)  Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**(h)  Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|---|
| N/A | | | | |

5

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

**(i)     Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
|--|--|--|
| N/A |  |  |
|  |  |  |

**(j)     Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor | Collateral/Property Description/Address |
|--|--|--|
| N/A |  |  |
|  |  |  |

**(k)     Secured Claims That Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|--|--|--|
| N/A |  |  |
|  |  |  |

**6.     LEASES / EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to

confirmation, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

**(a)     Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan.** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows.

| Last Four Digits of Acct. No. | Creditor/Lessor | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

**(b)     Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|
| N/A | | |
| | | |

**(c)     Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral to be Surrendered |
|---|---|---|
| N/A | | |
| | | |

|  |  |  |
|--|--|--|
|  |  |  |

**7.** **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $5,467.02 (100%).

**D.** **GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

    (a) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

    (b) \_\_\_X\_\_\_ shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court,

Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing

agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E.  **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

1. All timely plan payments received by the Chapter 13 Trustee are deemed timely payment to each creditor.

2. Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the completion of the plan, unless specifically provided for in this plan, or by further Order of Court on month filed pursuant to F.R.B.P. Rule 3002.1(c), prior to the completion of the plan.

3. If the Debtor has surrendered collateral securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of Order Confirming Chapter 13 Plan, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

## CERTIFICATION

**By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.**

SIGNATURE(S):

Debtor(s)

*/s/ Amanda Vrobel*_____   Date 3/6/19

Attorney for Debtor(s)

*/s/ Candyce M. King*_____   Date 3/6/19

9

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Chapter 13 Plan was provided electronically or by U.S. Mail, postage pre-paid, to all creditors and interested parties in this case, on this 6th day of March, 2019.

      CANDYCE M. KING, P.A.
/s/ Candyce M. King
Candyce M. King
Florida Bar Number 307210
Sarah A. Mannion
Florida Bar Number 103087
2219 Park Street
Jacksonville, Fl 32204
904/387-9886; Fax 904/387-9862
Attorney for Debtor
*kingcandyce@bellsouth.net*

| A. Vrobel 19-00568 | 1st Pmt 3/20/2019 | Plan 60 | Unsec pct 100.000% | Unsec Amt $5,467.02 | Trustee % 10.0% | Attorney Fees | | Attorney Admin. Fee | | Bayview | | Big Lots | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | Unsecured $5,467.02 | | | Debtor Pmt $137,715.60 | Tee Fee $13,771.56 | $3,500.00 $3,500.00 | | $1,500.00 $1,500.00 | | $270,025.42 $101,445.60 | | $1,964.21 $1,964.21 | |
| | | 60 | | | | | | | | | | | |
| 3/20/2019 | $0.01 | 1 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 4/20/2019 | $0.01 | 2 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 5/20/2019 | $0.01 | 3 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 6/20/2019 | $0.01 | 4 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 7/20/2019 | $0.01 | 5 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 8/20/2019 | $0.01 | 6 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 9/20/2019 | $0.01 | 7 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 10/20/2019 | $0.01 | 8 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 11/20/2019 | $0.01 | 9 | | $2,295.26 | $229.53 | | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 12/20/2019 | $0.01 | 10 | | $2,295.26 | $229.53 | 10 at | $325.00 | | $25.00 | | $1,690.76 | | $0.00 |
| 1/20/2020 | $0.01 | 11 | | $2,295.26 | $229.53 | 1 at | $250.00 | | $25.00 | | $1,690.76 | 11 at | $0.00 |
| 2/20/2020 | $111.79 | 12 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | 1 at | $39.89 |
| 3/20/2020 | $111.56 | 13 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 4/20/2020 | $111.56 | 14 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 5/20/2020 | $111.56 | 15 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 6/20/2020 | $111.56 | 16 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 7/20/2020 | $111.56 | 17 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 8/20/2020 | $111.56 | 18 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 9/20/2020 | $111.56 | 19 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 10/20/2020 | $111.56 | 20 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 11/20/2020 | $111.56 | 21 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 12/20/2020 | $111.56 | 22 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 1/20/2021 | $111.56 | 23 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 2/20/2021 | $111.56 | 24 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 3/20/2021 | $111.56 | 25 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 4/20/2021 | $111.56 | 26 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 5/20/2021 | $111.56 | 27 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 6/20/2021 | $111.56 | 28 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 7/20/2021 | $111.56 | 29 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 8/20/2021 | $111.56 | 30 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 9/20/2021 | $111.56 | 31 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 10/20/2021 | $111.56 | 32 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 11/20/2021 | $111.56 | 33 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 12/20/2021 | $111.56 | 34 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 1/20/2022 | $111.56 | 35 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 2/20/2022 | $111.56 | 36 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 3/20/2022 | $111.56 | 37 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 4/20/2022 | $111.56 | 38 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 5/20/2022 | $111.56 | 39 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 6/20/2022 | $111.56 | 40 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 7/20/2022 | $111.56 | 41 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 8/20/2022 | $111.56 | 42 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 9/20/2022 | $111.56 | 43 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 10/20/2022 | $111.56 | 44 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 11/20/2022 | $111.56 | 45 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 12/20/2022 | $111.56 | 46 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 1/20/2023 | $111.56 | 47 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 2/20/2023 | $111.56 | 48 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 3/20/2023 | $111.56 | 49 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 4/20/2023 | $111.56 | 50 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 5/20/2023 | $111.56 | 51 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 6/20/2023 | $111.56 | 52 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 7/20/2023 | $111.56 | 53 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 8/20/2023 | $111.56 | 54 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 9/20/2023 | $111.56 | 55 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 10/20/2023 | $111.56 | 56 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 11/20/2023 | $111.56 | 57 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 12/20/2023 | $111.56 | 58 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 1/20/2024 | $111.56 | 59 | | $2,295.26 | $229.53 | | | | $25.00 | | $1,690.76 | | $40.09 |
| 2/20/2024 | $111.56 | 60 | 60 at | $2,295.26 | $229.53 | | | 60 at | $25.00 | 60 at | $1,690.76 | 48 at | $40.09 |
| | $5,467.02 | | | $137,715.60 | $13,771.56 | | $3,500.00 | | $1,500.00 | | ######### | | $1,964.21 |
| Unsec Amt | $5,467.02 | | | | | | | | | | | | |
| | 100.000% | | | | | | | | | | | | |

| A. Vrobel 19-00568 | 1st Pmt 3/20/2019 | Plan 60 | Jax Postal | | | Creditor6 | Creditor7 | Creditor8 | Creditor9 | Creditor10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unsecured | | $10,067.21 | | | Claim Amt | Claim Amt | Claim Amt | Claim Amt | Claim Amt |
| TOTALS | $5,467.02 | | $10,067.21 | | | | | | | |
| 3/20/2019 | $0.01 | 1 | | | $24.96 | | | | | |
| 4/20/2019 | $0.01 | 2 | | | $24.96 | | | | | |
| 5/20/2019 | $0.01 | 3 | | | $24.96 | | | | | |
| 6/20/2019 | $0.01 | 4 | | | $24.96 | | | | | |
| 7/20/2019 | $0.01 | 5 | | | $24.96 | | | | | |
| 8/20/2019 | $0.01 | 6 | | | $24.96 | | | | | |
| 9/20/2019 | $0.01 | 7 | | | $24.96 | | | | | |
| 10/20/2019 | $0.01 | 8 | | | $24.96 | | | | | |
| 11/20/2019 | $0.01 | 9 | | | $24.96 | | | | | |
| 12/20/2019 | $0.01 | 10 | 10 | at | $24.96 | | | | | |
| 1/20/2020 | $0.01 | 11 | 1 | at | $99.96 | | | | | |
| 2/20/2020 | $111.79 | 12 | 1 | at | $198.29 | | | | | |
| 3/20/2020 | $111.56 | 13 | | | $198.32 | | | | | |
| 4/20/2020 | $111.56 | 14 | | | $198.32 | | | | | |
| 5/20/2020 | $111.56 | 15 | | | $198.32 | | | | | |
| 6/20/2020 | $111.56 | 16 | | | $198.32 | | | | | |
| 7/20/2020 | $111.56 | 17 | | | $198.32 | | | | | |
| 8/20/2020 | $111.56 | 18 | | | $198.32 | | | | | |
| 9/20/2020 | $111.56 | 19 | | | $198.32 | | | | | |
| 10/20/2020 | $111.56 | 20 | | | $198.32 | | | | | |
| 11/20/2020 | $111.56 | 21 | | | $198.32 | | | | | |
| 12/20/2020 | $111.56 | 22 | | | $198.32 | | | | | |
| 1/20/2021 | $111.56 | 23 | | | $198.32 | | | | | |
| 2/20/2021 | $111.56 | 24 | | | $198.32 | | | | | |
| 3/20/2021 | $111.56 | 25 | | | $198.32 | | | | | |
| 4/20/2021 | $111.56 | 26 | | | $198.32 | | | | | |
| 5/20/2021 | $111.56 | 27 | | | $198.32 | | | | | |
| 6/20/2021 | $111.56 | 28 | | | $198.32 | | | | | |
| 7/20/2021 | $111.56 | 29 | | | $198.32 | | | | | |
| 8/20/2021 | $111.56 | 30 | | | $198.32 | | | | | |
| 9/20/2021 | $111.56 | 31 | | | $198.32 | | | | | |
| 10/20/2021 | $111.56 | 32 | | | $198.32 | | | | | |
| 11/20/2021 | $111.56 | 33 | | | $198.32 | | | | | |
| 12/20/2021 | $111.56 | 34 | | | $198.32 | | | | | |
| 1/20/2022 | $111.56 | 35 | | | $198.32 | | | | | |
| 2/20/2022 | $111.56 | 36 | | | $198.32 | | | | | |
| 3/20/2022 | $111.56 | 37 | | | $198.32 | | | | | |
| 4/20/2022 | $111.56 | 38 | | | $198.32 | | | | | |
| 5/20/2022 | $111.56 | 39 | | | $198.32 | | | | | |
| 6/20/2022 | $111.56 | 40 | | | $198.32 | | | | | |
| 7/20/2022 | $111.56 | 41 | | | $198.32 | | | | | |
| 8/20/2022 | $111.56 | 42 | | | $198.32 | | | | | |
| 9/20/2022 | $111.56 | 43 | | | $198.32 | | | | | |
| 10/20/2022 | $111.56 | 44 | | | $198.32 | | | | | |
| 11/20/2022 | $111.56 | 45 | | | $198.32 | | | | | |
| 12/20/2022 | $111.56 | 46 | | | $198.32 | | | | | |
| 1/20/2023 | $111.56 | 47 | | | $198.32 | | | | | |
| 2/20/2023 | $111.56 | 48 | | | $198.32 | | | | | |
| 3/20/2023 | $111.56 | 49 | | | $198.32 | | | | | |
| 4/20/2023 | $111.56 | 50 | | | $198.32 | | | | | |
| 5/20/2023 | $111.56 | 51 | | | $198.32 | | | | | |
| 6/20/2023 | $111.56 | 52 | | | $198.32 | | | | | |
| 7/20/2023 | $111.56 | 53 | | | $198.32 | | | | | |
| 8/20/2023 | $111.56 | 54 | | | $198.32 | | | | | |
| 9/20/2023 | $111.56 | 55 | | | $198.32 | | | | | |
| 10/20/2023 | $111.56 | 56 | | | $198.32 | | | | | |
| 11/20/2023 | $111.56 | 57 | | | $198.32 | | | | | |
| 12/20/2023 | $111.56 | 58 | | | $198.32 | | | | | |
| 1/20/2024 | $111.56 | 59 | | | $198.32 | | | | | |
| 2/20/2024 | $111.56 | 60 | 48 | at | $198.32 | | | | | |
| | $5,467.02 | | $10,067.21 | | | | | | | |
| Unsec Amt | $5,467.02 | | | | | | | | | |
| | 100.000% | | | | | | | | | |

| A. Vrobel 19-00568 | 1st Pmt 3/20/2019 | Plan 60 | Creditor11 | Creditor12 | Creditor13 | Creditor14 | Creditor15 | Creditor16 |
|---|---|---|---|---|---|---|---|---|
| | Unsecured | | Claim Amt | Claim Amt | Claim Amt | Claim Amt | Claim Amt | Claim Amt |
| TOTALS | $5,467.02 | | | | | | | |
| 3/20/2019 | $0.01 | 1 | | | | | | |
| 4/20/2019 | $0.01 | 2 | | | | | | |
| 5/20/2019 | $0.01 | 3 | | | | | | |
| 6/20/2019 | $0.01 | 4 | | | | | | |
| 7/20/2019 | $0.01 | 5 | | | | | | |
| 8/20/2019 | $0.01 | 6 | | | | | | |
| 9/20/2019 | $0.01 | 7 | | | | | | |
| 10/20/2019 | $0.01 | 8 | | | | | | |
| 11/20/2019 | $0.01 | 9 | | | | | | |
| 12/20/2019 | $0.01 | 10 | | | | | | |
| 1/20/2020 | $0.01 | 11 | | | | | | |
| 2/20/2020 | $111.79 | 12 | | | | | | |
| 3/20/2020 | $111.56 | 13 | | | | | | |
| 4/20/2020 | $111.56 | 14 | | | | | | |
| 5/20/2020 | $111.56 | 15 | | | | | | |
| 6/20/2020 | $111.56 | 16 | | | | | | |
| 7/20/2020 | $111.56 | 17 | | | | | | |
| 8/20/2020 | $111.56 | 18 | | | | | | |
| 9/20/2020 | $111.56 | 19 | | | | | | |
| 10/20/2020 | $111.56 | 20 | | | | | | |
| 11/20/2020 | $111.56 | 21 | | | | | | |
| 12/20/2020 | $111.56 | 22 | | | | | | |
| 1/20/2021 | $111.56 | 23 | | | | | | |
| 2/20/2021 | $111.56 | 24 | | | | | | |
| 3/20/2021 | $111.56 | 25 | | | | | | |
| 4/20/2021 | $111.56 | 26 | | | | | | |
| 5/20/2021 | $111.56 | 27 | | | | | | |
| 6/20/2021 | $111.56 | 28 | | | | | | |
| 7/20/2021 | $111.56 | 29 | | | | | | |
| 8/20/2021 | $111.56 | 30 | | | | | | |
| 9/20/2021 | $111.56 | 31 | | | | | | |
| 10/20/2021 | $111.56 | 32 | | | | | | |
| 11/20/2021 | $111.56 | 33 | | | | | | |
| 12/20/2021 | $111.56 | 34 | | | | | | |
| 1/20/2022 | $111.56 | 35 | | | | | | |
| 2/20/2022 | $111.56 | 36 | | | | | | |
| 3/20/2022 | $111.56 | 37 | | | | | | |
| 4/20/2022 | $111.56 | 38 | | | | | | |
| 5/20/2022 | $111.56 | 39 | | | | | | |
| 6/20/2022 | $111.56 | 40 | | | | | | |
| 7/20/2022 | $111.56 | 41 | | | | | | |
| 8/20/2022 | $111.56 | 42 | | | | | | |
| 9/20/2022 | $111.56 | 43 | | | | | | |
| 10/20/2022 | $111.56 | 44 | | | | | | |
| 11/20/2022 | $111.56 | 45 | | | | | | |
| 12/20/2022 | $111.56 | 46 | | | | | | |
| 1/20/2023 | $111.56 | 47 | | | | | | |
| 2/20/2023 | $111.56 | 48 | | | | | | |
| 3/20/2023 | $111.56 | 49 | | | | | | |
| 4/20/2023 | $111.56 | 50 | | | | | | |
| 5/20/2023 | $111.56 | 51 | | | | | | |
| 6/20/2023 | $111.56 | 52 | | | | | | |
| 7/20/2023 | $111.56 | 53 | | | | | | |
| 8/20/2023 | $111.56 | 54 | | | | | | |
| 9/20/2023 | $111.56 | 55 | | | | | | |
| 10/20/2023 | $111.56 | 56 | | | | | | |
| 11/20/2023 | $111.56 | 57 | | | | | | |
| 12/20/2023 | $111.56 | 58 | | | | | | |
| 1/20/2024 | $111.56 | 59 | | | | | | |
| 2/20/2024 | $111.56 | 60 | | | | | | |
| | $5,467.02 | | | | | | | |
| Unsec Amt | $5,467.02 | | | | | | | |
| | 100.000% | | | | | | | |

| A. Vrobel 19-00568 | 1st Pmt 3/20/2019 | Plan 60 | Creditor17 | Creditor18 | Creditor19 | Creditor20 |
|---|---|---|---|---|---|---|
| | Unsecured | | Claim Amt | Claim Amt | Claim Amt | Claim Amt |
| TOTALS | $5,467.02 | | | | | |
| 3/20/2019 | $0.01 | 1 | | | | |
| 4/20/2019 | $0.01 | 2 | | | | |
| 5/20/2019 | $0.01 | 3 | | | | |
| 6/20/2019 | $0.01 | 4 | | | | |
| 7/20/2019 | $0.01 | 5 | | | | |
| 8/20/2019 | $0.01 | 6 | | | | |
| 9/20/2019 | $0.01 | 7 | | | | |
| 10/20/2019 | $0.01 | 8 | | | | |
| 11/20/2019 | $0.01 | 9 | | | | |
| 12/20/2019 | $0.01 | 10 | | | | |
| 1/20/2020 | $0.01 | 11 | | | | |
| 2/20/2020 | $111.79 | 12 | | | | |
| 3/20/2020 | $111.56 | 13 | | | | |
| 4/20/2020 | $111.56 | 14 | | | | |
| 5/20/2020 | $111.56 | 15 | | | | |
| 6/20/2020 | $111.56 | 16 | | | | |
| 7/20/2020 | $111.56 | 17 | | | | |
| 8/20/2020 | $111.56 | 18 | | | | |
| 9/20/2020 | $111.56 | 19 | | | | |
| 10/20/2020 | $111.56 | 20 | | | | |
| 11/20/2020 | $111.56 | 21 | | | | |
| 12/20/2020 | $111.56 | 22 | | | | |
| 1/20/2021 | $111.56 | 23 | | | | |
| 2/20/2021 | $111.56 | 24 | | | | |
| 3/20/2021 | $111.56 | 25 | | | | |
| 4/20/2021 | $111.56 | 26 | | | | |
| 5/20/2021 | $111.56 | 27 | | | | |
| 6/20/2021 | $111.56 | 28 | | | | |
| 7/20/2021 | $111.56 | 29 | | | | |
| 8/20/2021 | $111.56 | 30 | | | | |
| 9/20/2021 | $111.56 | 31 | | | | |
| 10/20/2021 | $111.56 | 32 | | | | |
| 11/20/2021 | $111.56 | 33 | | | | |
| 12/20/2021 | $111.56 | 34 | | | | |
| 1/20/2022 | $111.56 | 35 | | | | |
| 2/20/2022 | $111.56 | 36 | | | | |
| 3/20/2022 | $111.56 | 37 | | | | |
| 4/20/2022 | $111.56 | 38 | | | | |
| 5/20/2022 | $111.56 | 39 | | | | |
| 6/20/2022 | $111.56 | 40 | | | | |
| 7/20/2022 | $111.56 | 41 | | | | |
| 8/20/2022 | $111.56 | 42 | | | | |
| 9/20/2022 | $111.56 | 43 | | | | |
| 10/20/2022 | $111.56 | 44 | | | | |
| 11/20/2022 | $111.56 | 45 | | | | |
| 12/20/2022 | $111.56 | 46 | | | | |
| 1/20/2023 | $111.56 | 47 | | | | |
| 2/20/2023 | $111.56 | 48 | | | | |
| 3/20/2023 | $111.56 | 49 | | | | |
| 4/20/2023 | $111.56 | 50 | | | | |
| 5/20/2023 | $111.56 | 51 | | | | |
| 6/20/2023 | $111.56 | 52 | | | | |
| 7/20/2023 | $111.56 | 53 | | | | |
| 8/20/2023 | $111.56 | 54 | | | | |
| 9/20/2023 | $111.56 | 55 | | | | |
| 10/20/2023 | $111.56 | 56 | | | | |
| 11/20/2023 | $111.56 | 57 | | | | |
| 12/20/2023 | $111.56 | 58 | | | | |
| 1/20/2024 | $111.56 | 59 | | | | |
| 2/20/2024 | $111.56 | 60 | | | | |
| | $5,467.02 | | | | | |
| Unsec Amt | $5,467.02 | | | | | |
| | 100.000% | | | | | |

```
Label Matrix for local noticing      Amanda Vrobel                         Bayview Loan Servicing
113A-3                               2846 Circle Ridge Drive               5225 Crooks Rd
Case 3:19-bk-00568-JAF               Orange Park, FL 32065-5766            Troy, MI 48098-2823
Middle District of Florida
Jacksonville
Wed Mar  6 15:34:17 EST 2019

Big Lots                             Capio Partners Llc                   (p)CHOICE RECOVERY INC
4900 E Dublin Granville Rd           Attn: Bankruptcy                      1550 OLD HENDERSON ROAD
Westerville, OH 43081-7651           Po Box 3498                           STE 100
                                     Sherman, TX 75091-3498                COLUMBUS OH 43220-3662


Clay County Tax Collector            Credit Collections Services           Credit One Bank
Post Office Box 218                  Attention: Bankruptcy                 Attn: Bankruptcy
Green Cove Springs FL 32043-0218     725 Canton Street                     Po Box 98873
                                     Norwood, MA 02062-2679                Las Vegas, NV 89193-8873


Florida Dept. of Revenue             Internal Revenue Service              Jax Postal & Prof Cr U
Bankruptcy Unit                      PO Box 7346                           1820 Rogero Rd
P.O. Box 6668                        Philadelphia, PA  19101-7346          Jacksonville, FL 32211-4115
Tallahassee, FL 32314-6668


Melissa Lynn Mandel                  Midland Funding                       Midwest Recovery Systems
1958 Vista Lakes DR                  2365 Northside Dr Ste 300             Po Box 899
Fleming Island, FL 32003-7312        San Diego, CA 92108-2709              Florissant, MO 63032-0899


Orange Park Medical Center           Portfolio Recovery                    Recmgmt Srvc
Resurgent Capital Services           Po Box 41021                          Attn: Bankruptcy
PO Box 1927                          Norfolk, VA 23541-1021                4200 Cantera Drive, Suite 211
Greenville, SC 29602-1927                                                  Warrenville, IL 60555-3040


Resurgent Capital Services           Rev-1 Solutions, Llc                  United States Attorney
PO Box 1927                          Attn: Bankruptcy                      300 North Hogan St Suite 700
Greenville, SC 29602-1927            517 Us Highway 31 N.                  Jacksonville, FL 32202-4204
                                     Greenwood, IN 46142-3932


Candyce M. King +                    United States Trustee - JAX 13/7 7+   Douglas W Neway +
Candyce M. King, P.A.                Office of the United States Trustee   Post Office Box 4308
2219 Park Street                     George C Young Federal Building       Jacksonville, FL 32201-4308
Jacksonville, FL 32204-4315          400 West Washington Street, Suite 1100
                                     Orlando, FL 32801-2210


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery
1550 Old Henderson Road
Suite 100
Columbus, OH 43220

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk                    End of Label Matrix
Jacksonville                        Mailable recipients    24
                                    Bypassed recipients     1
                                    Total                  25